
FILED
Feb 07 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ georgep  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '17 CR0280 DMS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting |
| EDWARD QUINTERO MARMOLEJO (1), LESLY MARLIM CUELLAR (2), | |
| Defendants. | |

The Acting United States Attorney charges:

On or about January 10, 2017, within the Southern District of California, defendants EDWARD QUINTERO MARMOLEJO and LESLY MARLIM CUELLAR, knowing and in reckless disregard of the fact that an alien, namely, Cristian Leyva-Bucio, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: 2/7/2017 .

ALANA W. ROBINSON
Acting United States Attorney

*[signature]* for
MEGHAN E. HEESCH
Assistant U.S. Attorney

MEH:lml:1/23/2017