# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         V.<br><br>LESLY MARLIM CUELLAR (2),<br><br>                    Defendant. | Criminal Case No. 17CR0280-DMS<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

Dated: March 8, 2017

_____
Hon. Dana M. Sabraw
United States District Judge